

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROY SEIDER, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § NO. 4:06-CV-681-A |
| | § |
| NATHANIEL QUARTERMAN, | § |
| DIRECTOR, TEXAS DEPARTMENT | § |
| OF CRIMINAL JUSTICE, | § |
| CORRECTIONAL INSTITUTIONS | § |
| DIVISION, | § |
| | § |
| Respondent. | § |

O R D E R

Came on for consideration the above-captioned action wherein Roy Seider is petitioner and Nathaniel Quarterman, Director, T.D.C.J., Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On January 22, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by February 22, 2007. On February 7, 2007, petitioner filed a motion for additional time to file his objections. By order signed February 7, 2007, the court granted that motion and gave petitioner until March 7, 2007, to file, and not merely place in the mail, any objections to the proposed findings, conclusions, and recommendation of the magistrate judge. Because timely objections have not been filed, the court accepts

the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.  Therefore,

The court ORDERS that the petition be dismissed as time-barred except insofar as it challenges the March 3, 2006, decision of the Texas Board of Pardons and Paroles denying petitioner's release to mandatory supervision, which part of the petition is denied.

SIGNED March 13, 2007.

JOHN McBRYDE
United States District Judge